# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

February 8, 2006

Bryan Campbell, Esquire
220 Grant Street, 6th Floor
Pittsburgh, PA 15219

In re:   Williams v. Pennsylvania State Troopers Association
         Civil Action No. 03-130-E

Dear Mr. Campbell:

    A review of the court record in this case indicates that an Amended Complaint was filed on October 2, 2003. However, no answer or other responsive pleading was filed by defendant.

    Please file an answer or other response to the Amended Complaint by no later than March 1, 2006.

    Failure to do so may result in sanctions.

Very truly yours,

s/Karen M. Wilson
Administrative Assistant
Judge Maurice B. Cohill, Jr.

cc/ecf:   Neal A. Sanders, Esquire