IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BILLY R. WILLIAMS,           )
                             )
   Plaintiff,               )
                             )
   v.                       )   Civ. No. 03-130 E
                             )
PENNSYLVANIA STATE TROOPERS  )
ASSOCIATION,                 )
                             )
   Defendant.               )

## ORDER

AND NOW, to-wit, this 29th day of September, 2006, the plaintiff having notified the court that he withdraws his claims against the Pennsylvania State Troopers Association at C.A. 03-130 E and consents to the entry of summary judgment with respect to those claims (Doc. 19) it is hereby ORDERED, ADJUDGED, and DECREED that final judgment of this court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the defendant. The Motion for Summary Judgment at C.A. 03-239 E remains pending.

/s/ Hon. Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   counsel of record